IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS McCORNELL,

    Plaintiff,

vs.

JAMES GOMEZ, et al.,

    Defendants.

CV F 02 6149 AWI WMW  P

FINDINGS AND RECOMMENDATIONS RE MOTION FOR PRELIMINARY INJUNCTION   (DOC 43)

       Plaintiff is a state prisoner proceeding pro se.  Pending before the court is Plaintiff's motion for a preliminary injunction.

       Plaintiff's motion consists of a two page recitation of the allegations of the complaint.  Plaintiff does not seek any specific relief, or identify any action that he would like the court to take.

       The legal principles applicable to a request for preliminary injunctive relief are well established.  To prevail, the moving party must show either "(1) a likelihood of success on the merits and the possibility of irreparable injury, or (2) the existence of serious questions going to the merits and the balance of hardships tipping in [the moving party's] favor."  Oakland Tribune, Inc. v. Chronicle Publishing Company, Inc., 762 F.2d 1374, 1376 (9th Cir. 1985),

1  quoting Apple Computer, Inc. v. Formula International, Inc., 725 F.2d 521, 523 (9th Cir. 1984);
2  see also Hartikka v. United States, 754 F.2d 1516, 1518 (9th Cir. 1985).  The two formulations
3  represent two points on a sliding scale with the focal point being the degree of irreparable injury
4  shown.  Oakland Tribune, 762 F.2d at 1376.  "Under either formulation of the test, plaintiff must
5  demonstrate that there exists a significant threat of irreparable injury."  Id.  In the absence of a
6  significant showing of irreparability, the court need not reach the issue of likelihood of success
7  on the merits.  Id.

8       Subsequent to the motion, the court entered an order dismissing the complaint,
9  granting plaintiff leave to file an amended complaint.  Plaintiff has yet to file an amended
10 complaint.  Absent an operative pleading, plaintiff has not met the above standard.

11      Accordingly, IT IS HEREBY RECOMMENDED that plaintiff's motion for
12 injunctive relief be denied.

13      These findings and recommendations are submitted to the United States District
14 Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within
15 ten days after being served with these findings and recommendations, plaintiff may file written
16 objections with the court.  Failure to file objections within the specified time may waive the right
17 to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

20 IT IS SO ORDERED.

21 **Dated:   February 21, 2006**      /s/  William M. Wunderlich
   mmkd34                              UNITED STATES MAGISTRATE JUDGE