IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS McCORNELL,

    Plaintiff,                                      CV F 02 6149 AWI WMW P

    vs.                                                   ORDER RE: FINDINGS & RECOMMENDATIONS (#46)

JAMES GOMEZ, et al.,                     ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION (#43)

    Defendants.

_____/

        Plaintiff is a state prisoner proceeding pro se in this civil rights action. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

        On February 21, 2006, findings and recommendations were entered, recommending denial of plaintiff's motion for injunctive relief.   Plaintiff was provided an opportunity to file objections within ten days.   Plaintiff has not filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule

73-305, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1.  The Findings and Recommendations issued by the Magistrate Judge on February 21, 2006, are adopted in full; and

2.  Plaintiff's motion for injunctive relief filed on July 26, 2005, is denied.

IT IS SO ORDERED.

**Dated:     March 27, 2006**            /s/ Anthony W. Ishii
0m8i78                                UNITED STATES DISTRICT JUDGE

2