IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS McCORNELL,

    Plaintiff,                              CV F 02 6149 AWI WMW   P

  vs.                                         ORDER

JAMES GOMEZ, et al.,

    Defendants.

       On February 8, 2006, an order was entered, dismissing the operative pleading in this action and granting plaintiff leave to file an amended complaint.  Plaintiff failed to do so, and the court recommended dismissal of this action for failure to state a claim upon which relief could be granted.   On April 11, 2006, plaintiff filed objections to the findings and recommendations.

       Accordingly, IT IS HEREBY ORDERED that:

       1. The March 31, 2006, findings and recommendations are vacated.

       2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint in compliance with the February 8, 2006, order.

IT IS SO ORDERED.

**Dated:     May 25, 2006**              /s/  **William M. Wunderlich**
mmkd34                                            UNITED STATES MAGISTRATE JUDGE