IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DENNIS McCORNELL,

     Plaintiff,                    CV F 02 6149 AWI WMW P

  vs.                                   FINDINGS AND RECOMMENDATION

JAMES GOMEZ, et al.,

     Defendants.

     On February 8, 2006, an order was entered, dismissing the operative pleading in this action and granting Plaintiff leave to file an amended complaint.  Plaintiff failed to do so, and the court recommended dismissal of this action for failure to state a claim.  On April 11, 2006, Plaintiff filed objections to the findings and recommendations.  On May 25, 2006, an order was entered, vacating the recommendation of dismissal and granting Plaintiff an extension of time in which to file an amended complaint.  The thirty day period has expired, and Plaintiff has failed to file an amended complaint.

     Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed for failure to state a claim upon which relief could be granted.

     These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636 (b)(1)(B).  Within twenty days after being served with these findings and recommendations, plaintiff may file

1  written objections with the court.  Such a document should be captioned "Objections to
2  Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file
3  objections within the specified time waives all objections to the judge's findings of fact.  <u>See</u>
4  <u>Turner v. Duncan</u>, 158 F.3d 449, 455 (9th Cir. 1998).  Failure to file objections within the
5  specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
6  F.2d 1153 (9th Cir. 1991).

10 IT IS SO ORDERED.

11 **Dated:   June 30, 2006**           **/s/  William M. Wunderlich**
   mmkd34                             UNITED STATES MAGISTRATE JUDGE